IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD LUJAN,

    Plaintiff,

v.                                    Case No. 10-CV-01170-JEC/WDS

CITY OF ESPANOLA, Santa Fe COUNTY,
STATE OF NEW MEXICO, MICHAEL D. MARTINEZ,
CHRISTIAN D. LOPEZ, SOLOMON ROMERO,
ALLEN DOMINGUEZ, BRYAN I. MARTINEZ,
JOE MARTINEZ, GREG SOLANO, CHARLENE KNIPFING,
OFFICERS AND SUPERVISORS JOHN DOES 1 through 10,

    Defendants.

**STIPULATED ORDER EXTENDING PLAINTIFF'S
TIME TO FILE MOTION TO COMPEL REALTED
TO DEFENDANTS DISCOVERY RESPONSES
AND ANSWERS**

THIS MATTER, having come before the Court upon the Plaintiff and Defendants, County of Santa Fe, Greg Solano, Solomon Romero and Michael Martinez Stipulated Motion to Extend the Deadline for Plaintiff to file a Motion to Compel, until May 16, 2011,[Doc. 85] and the Court being duly advised on the premises FINDS:

    1.    Defendants provided answers and response to Plaintiff's discovery, as evidenced by a Certificate of Services, [Doc.71] on April 12, 2011;

    2.    Plaintiff was out of his office from April 18, 2011 through April 28, 2011 [Doc.57] and did not have an opportunity to review Defendant's discovery until after April 28, 2011;

3.  Plaintiff and Defendant concur with said Motion;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, Plaintiff shall have until May 16, 2011 in which to work out the discovery issues or file a Motion to Compel.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Approved & Prepared by: JEWELL & THOMPKINS, P.C.
By:

Nathaniel V. Thompkins
460 St. Michaels Drive, Suite 402
Santa Fe, NM 87505
(505) 216-9750
*Attorneys for Plaintiff*

Approved:

BASHAM & BASHAM, P.C.

By: Telephonically approved 5/6/2011
    Mark Basham
    2205 Miguel Chavez Road, Suite A
    Santa Fe, NM 87505
    (505) 988-4575
    *Attorneys for Defendants Santa Fe County,
    Martinez, Romero and Solano*