**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**RICHARD LUJAN,**

**Plaintiff,**

**v.**                                             **Civil No. 10-CV-01170-JEC-WDS**

**CITY OF ESPAÑOLA, et al.**

**Defendants.**

**ORDER VACATING MOTION HEARING**

The motion hearing set for July 14, 2011 is hereby vacated due to the discovery stay in this matter. When the discovery stay is lifted the hearing will be rescheduled.

IT IS HEREBY ORDERED this 13th day of July, 2011.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge